# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128087
128088

SHIRLEY D. VAN SICKLE,
and DENNIS VAN SICKLE,
   Plaintiffs-Appellants,

v

WILLIS B. ANDERSON, JR., D.O.,
and McPHERSON HOSPITAL, d/b/a
TRINITY HEALTH MICHIGAN,
   Defendants-Appellees,

and

ST. JOSEPH MERCY HEALTH
SYSTEM, d/b/a TRINITY HEALTH
MICHIGAN,
   Defendant.

_____/

SC: 128087, 128088
COA: 248351, 248447
Livingston CC: 02-019152-NH

   On order of the Court, the application for leave to appeal the January 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk